UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACQUANN MARQUIS HARVARD,

    Plaintiff,

v.                              Case No. 3:12cv289/LC/CJK

J. BEAUDRY, et al.,

    Defendants.

_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2014 (doc. 83). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1)(B). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The defendant's motion for summary judgment (doc. 55) is granted and the Clerk of Court is directed to enter final summary judgment in favor of the defendant, consistent with the Report and Recommendation.

    2. The defendant's motion for sanctions (doc. 65) is DENIED as MOOT.

    3. All pending motions are DENIED as MOOT.

4.  The Clerk is directed to close the file.

DONE AND ORDERED this 12th day of September, 2014.

                              s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**